IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **RONALD W. WALDEN, JR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MCDONALD'S CORPORATION,** )<br>a Delaware Corporation, )<br>and )<br>**JS&J RESTAURANTS, INC.,** )<br>a Virginia Corporation, )<br>)<br>Defendants. )<br>) | Civil Action No: 2:20-cv-379-RAJ-LRL |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendants McDonald's Corporation and JS&J Restaurants, Inc. (together, "Parties") have reached an agreement regarding all substantive issues in dispute in this matter, including attorneys' fees and costs. The parties are currently reducing their agreement to writing. The parties anticipate filing a notice of dismissal within fourteen (14) days of today's date once all parties have executed the settlement documents. In view of the settlement agreement, the parties request that the Court adjourn all upcoming hearings and deadlines pending filing a notice of dismissal.

**Ronald W. Walden, Jr.**

By: */s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com

1

            Waters Law Firm, P.C.
            Town Point Center Building, Suite 600
            150 Boush Street
            Norfolk, VA 23510
            Telephone: (757) 446-1434
            Facsimile: (757) 446-1438

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December 2020, I filed the foregoing document via the Court's CM/ECF system, which will make electronic service on all counsel of record, including the following:

| | |
|---|---|
| Catherine J. Huff, Esquire | Patricia B. Donkor, Esquire |
| GENTRY LOCKE | LITTLER MENDELSON |
| 10 Franklin Road S.E., Suite 900 | 815 Connecticut Avenue, NW |
| Roanoke, Virginia 24022-0013 | Suite 400 |
| Telephone: (540) 983-9300 | Washington, DC 20006-4046 |
| Facsimile: (540) 983-9400 | Telephone: (202) 772-2512 |
| Huff@gentrylocke.com | Facsimile: (202) 842-0011 |
| *Counsel for JS&J Restaurants, Inc.* | pdonkor@littler.com |
| | *Counsel for McDonald's Corporation* |

       By: */s/Deborah C. Waters*
         Deborah C. Waters, Esquire
         Virginia State Bar #28913
         Waters Law Firm, P.C.
         Town Point Center Building, Suite 600
         150 Boush Street
         Norfolk, VA  23510
         Telephone: (757) 446-1434
         Facsimile: (757) 446-1438
         dwaters@waterslawva.com
         *Counsel for Plaintiff*