IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ROBERT W. WALDEN, JR., )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MCDONALD'S CORPORATION )<br>and JS&J RESTAURANTS, INC., )<br>    Defendants. )<br>    ) | Civil Action No. 2:20CV379 (RCY) |

**ORDER**

This matter is before the Court on Plaintiff's Notice of Settlement. (ECF No. 19.) The Court hereby ORDERS that this matter shall be placed on the Court's suspense (stay) docket for fourteen (14) days from the date of this Order. At or before 3:00 p.m. on the day of the conclusion of the fourteen (14) day stay period, the parties are ORDERED to file a Stipulation of Dismissal or a Notice that the parties have set a settlement conference with U. S. Magistrate Judge Lawrence R. Leonard.

It is so ORDERED.

                                                                          /s/
                                              Roderick C. Young
                                              United States District Judge

Richmond, Virginia
Date: December 23, 2020