**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**RONALD W. WALDEN, JR.,**

    **Plaintiff,**

    v.                                      Civil Action No: 2:20-cv-379-RAJ-LRL

**MCDONALD'S CORPORATION,**
a Delaware Corporation,

**and**

**JS&J RESTAURANTS, INC.,**
a Virginia Corporation,

    **Defendants.**

## **STIPULATION OF SETTLEMENT**

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendant JS&J Restaurants, Inc. (together, "Parties") reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by the Parties and McDonald's Corporation, attached as an Exhibit to this Stipulation of Settlement. As a part of the agreement, the Parties agreed McDonald's Corporation also shall be dismissed as a defendant in this action, with prejudice. Accordingly, the Parties and McDonald's Corporation request that the Court enter the attached order and remove this action from the Court's docket.

**Ronald W. Walden, Jr.**

By: */s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
dwaters@waterslawva.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2021, I have filed the foregoing document via the Court's CM/ECF system, which will make electronic service on the following:

| | |
|---|---|
| Catherine J. Huff, Esquire | Patricia B. Donkor, Esquire |
| GENTRY LOCKE | LITTLER MENDELSON |
| 10 Franklin Road S.E., Suite 900 | 815 Connecticut Avenue, NW, Suite 400 |
| Roanoke, Virginia 24022-0013 | Washington, DC 20006-4046 |
| Telephone: (540) 983-9300 | Telephone: (202) 772-2512 |
| Facsimile: (540) 983-9400 | Facsimile: (202) 842-0011 |
| Huff@gentrylocke.com | pdonkor@littler.com |
| *Counsel for JS&J Restaurants, Inc.* | *Counsel for McDonald's Corporation* |

*/s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
dwaters@waterslawva.com

*Counsel for Plaintiff*