IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ROBERT W. WALDEN, JR.,<br>    Plaintiffs,<br><br>        v.<br><br>MCDONALD'S CORPORATION<br>and JS&J RESTAURANTS, INC.,<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No.  2:20CV379 (RCY)<br>)<br>)<br>)<br>)<br>) |

**FINAL ORDER**

This matter is before the Court on Plaintiff's Stipulation of Settlement (ECF No. 21) and exhibit thereto, a proposed Agreed Dismissal Order (ECF No. 21-1), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties have represented to the Court that Plaintiff and JS&J Restaurants, Inc. have entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.  The parties have also represented that they have agreed that McDonald's Corporation should also be dismissed as a defendant in this action.  Upon consideration of the Stipulation of Settlement, the Court hereby ORDERS that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/ _Roderick C. Young_
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: January 7, 2021